## Case Details - Summary

| | |
|---|---|
| **Case Number:** | 2018CA002395 |
| **View Status:** | PUBLIC |
| **Case Style:** | KEESHA RICHARDSON -VS- OFFICE OF THE SEMINOLE CTY TAX CO |
| **Case Type:** | 16K - OTHER-DISCRIMINATION |
| **Case Status:** | CLOSED |
| **Divison:** | CIRCUIT CIVIL |
| **UCN:** | 592018CA0023950000XX |
| **Judge:** | MICHAEL J. RUDISILL |
| **Jury Trial:** | YES |
| **File Date:** | 09/05/2018 |

### Case Parties

### Dockets

Legend: ◉ Viewable  ● Reviewed and Viewable  ◉ Viewable on Request  ⊗ Confidential

Docket Code: [  ]   Filter   Clear Filter

| DATE | NUMBER | DOCKET CODE | DESCRIPTION | PAGES | VIEW |
|---|---|---|---|---|---|
| 10/09/2018 | 5 | NOTC | NOTICE OF REMOVAL TO MIDDLE DISTRICT (ATTACHED TO NOTICE OF FILING BY DEFT) | 14 | ◉ |
| 09/19/2018 | 4 | SUMI | SUMMONS RETURNED SERVED - OFFICE OF THE SEMINOLE CTY TAX COLLECTOR; 9/17/18 | 3 | ◉ |
| 09/05/2018 | 3 | SUMI | SUMMONS ISSUED - OFFICE OF SEMINOLE CTY TAX COLLECTOR | 2 | ◉ |
| 09/05/2018 | 2 | CMPL | COMPLAINT FILED | 10 | ◉ |
| 09/05/2018 | 1 | CCST | CIVIL COVER SHEET | 2 | ◉ |

### Hearings

**Department Locations and Phone Numbers**

Server:CCHWEB01