UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:18-cv-1684-Orl-41TBS

KEESHA RICHARDSON, FIDELA
DENNY, and MARIA HUMPHREYS,

    Plaintiffs,

vs.

OFFICE OF SEMINOLE COUNTY
TAX COLLECTOR,

    Defendant.
_____/

## NON-PARTY RAY VALDES' NOTICE OF FILING AFFIDAVIT OF J. RAYMOND VALDES IN SUPPORT OF OBJECTION TO MAGISTRATE JUDGE'S ORDER DENYING MOTION FOR PROTECTIVE ORDER

Non-party, RAY VALDES ("Mr. Valdes"), by counsel, hereby gives notice of its filing of the attached Affidavit of Mr. Valdes in Support of his Objection to the Magistrate's Order Denying his Motion for Protective Order in regard to the Subpoena to Testify at a Deposition in a Civil Action.

Dated: June 8, 2020.

                                      Respectfully submitted,

                                      /s/ Cameron S. Frye
                                      BART R. VALDES
                                      Florida Bar Number 323380
                                      CAMERON S. FRYE
                                      Florida Bar Number 105142
                                      de Beaubien, Simmons, Knight,
                                        Mantzaris & Neal, LLP
                                      609 West Horatio Street
                                      Tampa, Florida 33606
                                      Telephone: (813) 251-5825
                                      Facsimile: (813) 254-1063

bvaldes@dsklawgroup.com
cfrye@dsklawgroup.com
Attorneys for Non-Party Ray Valdes

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:18-cv-1684-Orl-41TBS

KEESHA RICHARDSON, FIDELA
DENNY, and MARIA HUMPHREYS,

    Plaintiffs,

vs.

OFFICE OF SEMINOLE COUNTY
TAX COLLECTOR,

    Defendant.
_____/

## AFFIDAVIT OF J. RAYMOND VALDES

BEFORE ME, the undersigned duly authorized Notary Public, personally appeared J. RAYMOND VALDES, who after being duly sworn, deposes and says:

1. I am over the age of eighteen (18) years and competent to testify herein.

2. On June 5, 2020, at approximately 2:00 p.m., I received a telephone call from Jim Stelling ("Mr. Stelling"). I have known Mr. Stelling since the mid 1980's as we both served off and on as officers over many years in the Seminole County Republican Executive Committee in Seminole County, Florida. However we have often been on different sides of some political issues and candidates.

3. I recognized his voice and he introduced himself as "Jim Stelling" on the call.

4. During my re-election campaign in 2016, Mr. Stelling appeared to be a Joel Greenberg ("Mr. Greenberg") supporter, who ran against me in the Primary election.

5. During my telephone conference with Mr. Stelling on June 5, 2020, he stated that the reason he was calling was that he wanted to sit down with me and work out a settlement in the court case between "Joel" (Mr. Greenberg) and "the girls" (the Plaintiffs).

6. I told Mr. Stelling that I was not involved in the case outside of the fact that I was served with a subpoena to testify at a deposition.

7. Mr. Stelling then reiterated that he hoped that he and I could talk about the case to try and work out a settlement and avoid an "ugly trial."

8. Mr. Stelling then asked if I would meet with him to discuss the case and the candidacy of J.R. Kroll ("Mr. Kroll"), who is running for Seminole County Tax Collector against Mr. Greenberg in the upcoming Primary election.

9. Mr. Stelling stated that he thought Mr. Kroll had an "uphill battle" and asked if I would sit down to discuss Mr. Kroll because he thought I was close with Mr. Kroll's campaign. Mr. Stelling told me that he wanted to talk with me about the Plaintiffs and Mr. Kroll's campaign because he did not want "to see this get messy."

10. I again told Mr. Stelling that I have no involvement in this case, and I have no influence over Mr. Kroll or the Plaintiffs.

11. At that point, Mr. Stelling stated that our telephone call did not turn out to "be very fruitful" and we ended the call.

[ THE REMAINDER OF THIS PAGE WAS INTENTIONALLY LEFT BLANK ]

FURTHER AFFIANT SAYETH NAUGHT.

_____
J. RAYMOND VALDES

**STATE OF FLORIDA**
**COUNTY OF** Hillsborough

The foregoing instrument was sworn to and acknowledged before me this 8th day of June, 2020, by **J. RAYMOND VALDES**, who is personally known to me or who has provided N/A as identification, and who did take an oath.

_____
Signature of Notary Public

Christina Andrade
Print, type or stamp commissioned name of Notary Public

CHRISTINA ANDRADE
MY COMMISSION # GG 222701
EXPIRES: June 16, 2022
Bonded Thru Notary Public Underwriters

Personally known to me  X  OR
Produced Identification _____

N/A
Type of Identification Produced