UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:18-cv-1684-Orl-41TBS

KEESHA RICHARDSON, FIDELA
DENNY, and MARIA HUMPHREYS,

    Plaintiffs,

vs.

OFFICE OF SEMINOLE COUNTY
TAX COLLECTOR,

    Defendant.
_____/

## NON-PARTY RAY VALDES' NOTICE OF FILING AFFIDAVIT OF CAMERON FRYE IN SUPPORT OF OBJECTION TO MAGISTRATE JUDGE'S ORDER DENYING MOTION FOR PROTECTIVE ORDER

Non-party, RAY VALDES ("Mr. Valdes"), by counsel, hereby gives notice of its filing of the attached Affidavit of Cameron Frye, Esq., in Support of Mr. Valdes' Objection to the Magistrate's Order Denying his Motion for Protective Order in regard to the Subpoena to Testify at a Deposition in a Civil Action.

Dated: June 8, 2020.

    Respectfully submitted,

/s/ Cameron S. Frye
BART R. VALDES
Florida Bar Number 323380
CAMERON S. FRYE
Florida Bar Number 105142
de Beaubien, Simmons, Knight,
  Mantzaris & Neal, LLP
609 West Horatio Street
Tampa, Florida 33606
Telephone: (813) 251-5825
Facsimile: (813) 254-1063

bvaldes@dsklawgroup.com
cfrye@dsklawgroup.com
Attorneys for Non-Party Ray Valdes

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:18-cv-1684-Orl-41TBS

KEESHA RICHARDSON, FIDELA
DENNY, and MARIA HUMPHREYS,

    Plaintiffs,

vs.

OFFICE OF SEMINOLE COUNTY
TAX COLLECTOR,

    Defendant.
_____/

## AFFIDAVIT OF CAMERON FRYE

BEFORE ME, the undersigned duly authorized Notary Public, personally appeared Cameron Frye, who after being duly sworn, deposes and says:

1. I am over the age of eighteen (18) years and competent to testify herein.

2. On Monday, June 1, 2020, I was contacted by an attorney named Frank Kruppenbacher ("Mr. Kruppenbacher"). I was not in the office but Mr. Kruppenbacher left his phone number and instructions with my legal assistant for me to call him in regard to the above referenced case.

3. On June 5, 2020, at 2:36 p.m., I placed a telephone call to Mr. Kruppebacher at (407) 246-0200. A man answered the phone and identified himself as Mr. Kruppenbacher.

4. I stated that I was returning his call from earlier in the week.

5. Mr. Kruppenbacher told me that he was aware of the lawsuit against the Office of Seminole County Tax Collector (the "Defendant") by a group of former employees. He stated that

he was also aware that I represented Ray Valdes ("Mr. Valdes") and that the Defendant was trying to take Mr. Valdes' deposition, which Mr. Valdes' opposes.

6. Mr. Kruppenbacher then told me that he was asked by the Defendant to step in and help resolve some of the issues involved in this lawsuit. He also said that one of the issues involved a candidate who was running against Joel Greenberg ("Mr. Greenberg") in the upcoming Tax Collector election.

7. Mr. Kruppenbacher then told me that he did not want to be involved because it was a "sticky mess." He stated that he should not be associated with this case and no one should be using his name.

8. I told Mr. Kruppebacher that I had not heard his name prior to him initially reaching out to me on June 1, 2020.

9. Mr. Kruppenbacher again stated that he did not want to be involved and said that his name should not come up in this case.

10. We then ended the telephone call.

[ THE REMAINDER OF THIS PAGE WAS INTENTIONALLY LEFT BLANK ]

FURTHER AFFIANT SAYETH NAUGHT.

_____
CAMERON FRYE

**STATE OF FLORIDA**
**COUNTY OF HILLSBOROUGH**

The foregoing instrument was sworn to and acknowledged before me this 8th day of June, 2020, by **CAMERON FRYE**, who is personally known to me or who has provided N/A as identification, and who did take an oath.

[Notary Seal: CHRISTINA ANDRADE, MY COMMISSION # GG 222701, EXPIRES: June 16, 2022, Bonded Thru Notary Public Underwriters]

_____
Signature of Notary Public

Christina Andrade
Print, type or stamp commissioned name of Notary Public

Personally known to me  X  OR
Produced Identification _____

N/A
Type of Identification Produced